UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

RICKY LEE SCRUGGS,         )
                           )
        Plaintiff          )
                           )
    vs.                    )       Case No.  5:11-cv-1514-IPJ-MHH
                           )
SHERIFF BLAKE DORNING,     )
et al.,                    )
                           )
        Defendant          )

**MEMORANDUM OF OPINION**

The plaintiff, Ricky Lee Scruggs, hereinafter referred to as "the plaintiff," has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States were abridged during his incarceration at the Madison Detention Facility.  The magistrate judge filed a report and recommendation on August 22, 2013, recommending that summary judgment be granted on the remaining claims in the complaint.  No objections have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report it due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, summary judgment is granted in favor

of the defendants and against the plaintiff on all remaining claims in the complaint, the court finding no genuine issues of material fact remain.

A Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 11th day of September, 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE